In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00037-CV
_____

**MARK JOHNSTON, Appellant**

**V.**

**JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2005-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR1, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 12-26210-CV**

**MEMORANDUM OPINION**

The appellant, Mark Johnston, and the appellee, JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc., Greenpoint MTA Trust 2005-AR1, Mortgage Pass-Through Certificates, Series 2005-AR1, jointly filed an agreed motion to dismiss this appeal. The motion is voluntarily

1

made by the parties prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a).

We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on October 7, 2014
Opinion Delivered December 11, 2014

Before McKeithen, C.J., Kreger and Johnson, JJ.